May 1, 2006

Clerk
Northern District of New York
445 Broadway
Room 441
Albany, New York 12207

      Re: <u>James W. McCulley v. N.Y.S Dep't of Environmental Conservation, et al.</u>
          05-CV-00811 (LEK/DRH)

Dear Sir or Madam,

      The last page of the Report-Recommendation and Order issued by Magistrate Judge David R. Homer in the above-captioned case on April 25, 2006 states that "the parties may lodge written objections" to his Report, citing 28 U.S.C. §636(b)(1), Fed. R. Civ. P. 72, 6(a) and 6(e).

      Section 636(b)(1) of 28 U.S.C. states that within ten days after being served with a copy of a Report by a Magistrate Judge, "any party may serve and file written objections to such proposed findings and recommendations..."  Fed.R.C.P. 72(b), which implements 28 U.S.C. §636(b)(1), states that "A party may respond to another party's objections within 10 days after being served with a copy thereof."  See Moore's <u>Federal Practice</u>, 3d Edition (2006) §72.10 ("A party has 10 days to respond to another party's objections to the magistrate judge's recommended disposition of a case.  This 10-day period is subject to the time calculations of Rule 6."); see also Wright, Miller and Marcus, <u>Federal Practice and Procedure</u>, Civil 2d, §3070.

      Consequently, in the event Plaintiff objects to Magistrate Judge Homer's Report, Defendants will respond within 10 days thereafter.

               Respectfully submitted,

               DAVID A. MUNRO
               Assistant Attorney General
               Bar Roll No. 102968
               (518) 474-8481
               david.munro@oag.state.ny.us

cc: Hon. Lawrence E. Kahn, U.S. District Judge
    Hon. David R. Homer,  U.S. Magistrate Judge
    Matthew D. Norfolk, Esq.- attorney for Plaintiff